**GORDON & REES LLP**
500 Mamaroneck Ave, Suite 503
Harrison, NY 10528
Phone: (914) 777-2225
Fax:  (914) 709-4566
Attorneys for Defendant
MGA ENTERTAINMENT, INC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC,<br><br>Plaintiff,<br><br>- against -<br><br>MGA ENTERTAINMENT, INC,<br><br>Defendant. | **Civil Action No.  1:23-cv-00465-ER**<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>**(L.Civ.R. 5.2(b))**<br><br>**\* ELECTRONICALLY FILED \*** |

Application is hereby made pursuant to Local Civil Rule 5.2(b) by Defendant, MGA ENTERTAINMENT, INC ("Defendant") for either the Honorable Edgardo Ramos or presiding Clerk's Order extending time within which Defendant may answer, move or otherwise reply to the Complaint filed by Plaintiff herein for a period of thirty (30) days until May 31, 2023, and it is represented that:

1. Time to Answer, Move or otherwise Reply currently expires on May 1, 2023.

2. No previous extension has been obtained;

3. Counsel for Defendant were recently retained and require additional time to review pertinent materials impacting the defense of the present action.

4. The Parties have confirmed via email and thereby consent to the extension requested herein.

5.       To date, there are no scheduled appearances before this Honorable Court and/or any existing deadlines or scheduled deadlines that would be affected by the extension of time sought herein.

                                                                         **GORDON & REES LLP**
                                                                         Attorneys for Defendant

Dated: April 26, 2023                                 By:   /s/ Gregory N. Brescia
                                                                                 Gregory N. Brescia

**ORDER**

The above application is ORDERED/GRANTED and extended to _____.

ORDER DATED: _____

Honorable Edgardo Ramos

By: _____
     Judge, Presiding