

Long Island
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

Seth L. Berman, Esq.
Partner/Director Intellectual Property and Entertainment Dept.
Email: sberman@abramslaw.com

August 9, 2023

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

RE: *BMG Rights Management (US) LLC v. MGA Entertainment, Inc.*
SDNY Case No. 1:23-cv-00465

Dear Judge Ramos:

This firm represents the plaintiff, BMG Rights Management (US), LLC in the above referenced matter. I write with the consent of counsel for defendant, MGA Entertainment, Inc., to respectfully request a continuation of the initial scheduling conference currently set for August 18, 2023 for 30 days because the parties have been engaging in good faith settlement discussions and have reached a settlement in principle. We anticipate that the parties will be able to execute a finalized settlement agreement and file a Notice of Settlement before the new conference date. This is the first request for an adjournment of the initial scheduling conference. We thank the Court in advance for its accommodation.

Respectfully,

Seth L. Berman

SLB/gar
cc: Gregory N. Brescia, Esq.

---

The August 18, 2023 initial conference is adjourned to October 4, 2023 at 4:30 p.m. The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 9, 2023
New York, New York